UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONY WASHINGTON | * | CIVIL ACTION NO. 23-7194 |
| | * | |
| VERSUS | * | SECTION: "P"(1) |
| | * | |
| U.S. BANK NATIONAL ASSOCIATION, | * | JUDGE DARREL JAMES PAPILLION |
| NATIONSTAR MORTGAGE, LLC, AND | * | |
| ANTHONY J. CIACCIO | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| *********************************** | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendants' Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 5) is **DENIED**; and

**IT IS FURTHER ORDERED** that this matter be referred to the bankruptcy judge of the Eastern District of Louisiana.

New Orleans, Louisiana, this 25th day of June 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**